IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) John Boyd Morrow #12-68722
(Name of Plaintiff) (Inmate Number)

1804 Opportunity Ave. Chbg, Pa 17201
(Address)

(2) Christopher Platt #11-68204
(Name of Plaintiff) (Inmate Number)

1804 Opportunity Ave. Chbg, Pa 17201
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Warden Keen et Al
(2) ASS. Warden Miss Weller
(3) CTS's Miss Flood et Al
(Names of Defendants)
4.) Franklin County Commissioner, Et Al.
(Each named party must be numbered, and all names must be printed or typed)
David Keller, Bob Thomas, John Doe

13-1011
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
APR 18 2013
PER ______
DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

______________________________

______________________________

______________________________

______________________________

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ____ Yes ✓ No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grevance

2. What was the result? don't Know didn't get it back

D. If your answer to "B" is No, explain why not: because the claim is against them. An now I scared to even be hear.

## III. DEFENDANTS

(1) Name of first defendant: Mr. Keen
Employed as Warden at Franklin County Jail 1804 Opportunity Ave. Chbg. PA. 17201
Mailing address: 1804 Opportunity Ave. Chambersburg PA. 17201

(2) Name of second defendant: ~~[illegible] Weller~~ Michelle Weller
Employed as Ass. Warden/Notary at Franklin County Jail
Mailing address: 1804 Opportunity Ave. Chambersburg. PA. 17201

(3) Name of third defendant: Miss Flood
Employed as CTS at Franklin County Jail
Mailing address: 1804 Opportunity Ave. Chambersburg. PA. 17201

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

4. The State PA. Franklin County. 17201

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. I John Boyd Morrow have been in Franklin County Jail for 11 months now and Free to go 9 month of the 11 month or parcled apond approved homeplan. I John Boyd Morrow am homeless and have been going through the CTS's of the Franklin County Jail to get help with a homeplan the whole time I have been in Jail here at Franklin County Jail to NO Avail.

# COURT OF COMMON PLEAS

Thirty-Ninth Judicial District of Pennsylvania
Franklin and Fulton Counties

**DOUGLAS W. HERMAN**
**PRESIDENT JUDGE**

Franklin County Courthouse
157 Lincoln Way East
Chambersburg, Pennsylvania 17201
Telephone: (717) 261-3840
Telefax: (717) 261-3800

Fulton County Courthouse
201 North Second Street
McConnellsburg, Pennsylvania 17233
Telephone: (717) 485-3301
Telefax: (717) 485-5568

December 20, 2012

Mr. John Morrow
Franklin County Jail
1804 Opportunity Avenue
Chambersburg, PA 17201

In re: Commonwealth v. Morrow, No. 488-2001

Dear Mr. Morrow:

We have reviewed all of your recent letters regarding your lack of a home plan. We have conferred with the Probation Department/Jail Re-Entry Team and we are satisfied that every possibility for a home plan has been pursued. These efforts are made more difficult by the lack of resources and alternatives coming from your family or other support on your behalf.

We have asked all involved to continue to work on a plan.

Very truly yours,

Douglas W. Herman

Douglas W. Herman, P.J.

DWH:ds
C: Probation

Part IV

And I quote, by the lack of resources and alternatives coming from my family or other supports on my behalf. #1. My family has nothing to do with me being in Jail. #2 I am 45 years old and a resident of Franklin County & Franklin County Jail. Which I am being told by Miss Flood "CTS" that I'm not. Rule of thumb You have to live in Franklin County for 6 months to be a resident and receive mail here. "I have been here 11 month, all of my mail comes here, my last mailing address was 308 High St. Chbg, PA. 17201. I had to do some time in ~~MD~~ Maryland Jail and then come here. Now I am being told I can't get help from the state of PA or Franklin County because I am not a resident here, but I have lived here for 11 months and since I have lived here in PA. Franklin County Jail I am not a resident of Maryland and can't receive Funding form them because I'm in PA Jail So just where am I a resident of? I am a low afence Sex Offender and have been told by Miss Flood her self NO Place in town takes your Kind and I even beleive I have that on a requestslip here. I have a stack of them 40 or 50 with statements on them like that. I have done my S.O classes and was told by the Doctor Mr Lewsbougher that he has no probblem with me being release back into the public. Even thought they all work together to Keep you here if they can if you don't have a homeplan. I and Mr Platt are only a few that have been done this way. Mr. Lensbourgher talks to probation and tell probation when he feel you are safe to enter back into the world. So if someone call probation and has a homeplan for you Probation just turns it down. As I said I have been stuck here 11 months and I beleive Mr. Platt has been stuck here going on 15 months. I have been made by Mr. Lensbourgher through the CTS's to work twice as hard to get to workrelease as I said they all work together. Mr. Lensbagher was having Sex with the head CTS a few year here before they got married. Miss FranzonI is having Sex with Mr Henderson

a in house Probation Office. Whom use to be a gaurd here. Now he dose the homeplans and she's a CTS's that works with Mr Lensbaugher in the Sex Offender meeting. The wersing staff is having sex with whomever they can and the guards are just the same. So they all Keep together like one big Sex family. Which that really needs to be addressed by the State as well.

I have 21 months and 21 days. and have been in Jail for 11 months of it I have wrote to Judge Herman sevaral time asking her to cut my sentence in 1/2 and send me up state to Max out. I have wrote to him just asking him to Max me out since I have a 11 months in on my 21 thats half. Day for Day Because if I would have gotten a Flat sentence I wouldn't have even got that much. I have ask him to bring me back to court and change to court order to where I don't need a homeplan to get out. I have file courtcase's trying to get back into court in front of Judge Herman to plea my ~~ca~~ case to him and was stopped by Mike Toms, When I called Mr Toms and told him I would like for the case to go through this has happen a cupple of time's. I have back up in Maryland from where the State of PA had a detainer on me and I wrote a case up sent it into the clerk of Courts and was sent back to me tell me it had to be on regerlar paper. To get back Into court to see if I can get my detainer time back which will Max out this time and they Know that because I have wrote to Judge Herman and told him even sent him the Interstate Agreement and a copy of the detainer. This is just some of the stuff they are doing to me. I John Boyd Marrow #12-68722 am claiming ~~Pregidist~~ Pregidist against The State of Franklin County PA. 17201 against All the CTS's and Staff of Franklin County Jail of Chbg, PA 17201

against the ASS. Warden Miss Weller and the Warden due to the fact that they both Know about my probblem of being homeless and have done nothing to assist me in this probblem, because I'm a Sex Offender and homeless, endegent among other things.

I have evidence and wittnesses to all of this.

John Boyd Morrow #12-68722

I have been told that I can't go to a Rehabb because I'm not a resident of Franklin County So they won't pay for it. And I am not a resident of Maryland So where am I a resident of and if it not here get me some funding from where ever I am a resident of so I can get the hell out out this Jail and State. Max me out so I can go Free. And I don't mean make me do until my time is up on 11-21-13 I mean, Let me out with NO parole, probation, Fines costs Nothing, and let me go. Hell, I can't even get my color bone fixed I mestup my arm here moving stone, Whatever!

Since I am not a resident of PA, But lived here for 42 year of my life in Waynesboro PA 17268 check my Jail file.

There is another person of interest He is Mr Dana Shear He up state now I beleive. Wittness to all of this and was done to him as well. Over Please →

Now as of Jan. 24, 2013 I have spoke with Miss Flood and she informs me that she herself is now investigating this matter herself as to why there are so many victoms "Inmates" being help here in Franklin County Jail without homeplann's & are not are NOT receiving help from the county or from the CTS of Franklin County. As I have said, I John Boyd Morrow #1268722 have been stuck here in F.C.J for over a year now with NO housing and this also due to county addminastraigtion, Probation in house Probation, court addninastragtion, Judge's. I was told by Miss Flood that they all meet at the courthouse once a month to decide whom is going to get help and whom is not. Well she also had left it slip that they had to appartment that they could use. So what I'm not good enough for there money or a appartment because I a Sex Offender. Now I have another probblem to deal with to. When I was sentenced I was sentenced so I did not have to regester under Megans Law now there telling me I have to because of Adam Walsh Law. Which I don't understand and need a real Lawyer for not a Toy Public defender. Can you Please help me. I have also wrote to the Commissioner Tom Colbet asking for help.

John Boyd Morrow

2. I John Boyd Morrow #12-68722 have aplied for every place in and out of Franklin County, I have wrote to Rehabbs, Salvation Army, homeless Shelters, shelters, Boarding houses, halfway houses, I have wrote to Ed Barett III my Probation officer and ask for help. I've wrote to Judge Herman, Warden Keen, Ass. Warden Miss Weller, CTS's Miss Flood, Mr. Edwards CTS's Mr. Vanness, Miss Moyer ← Head of CTS's I have wrote to Franklin County Welfare Office, the SSI and SSD Office's in Harrisburg and Chbg. I have wrote to Churches, to OVR. this Place is offerd by Governor Tom Corbett. and I've wrote to him. I have even wrote to Maryland, wrote H.R.P Franklin County Housing Authority, Franklin County legal Services, Public Defenders Office to the head Pd. Mr Toms, Steven Lancaster, Probation in House Mr. Henderson, Pittsburgh, N.J., York, Altoona, williamsport, Scranton, Harrisburg, Philadelphia, State College, these are just some of the places I have wrote to for help. Here is a letter form The Head Judge Mr Douglas W. Herman himself blaming me and my family and I quote.

V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am asking for $1,500,000 from the State of PA. Franklin County So that I may obtain a house to live in and property. taxs Free I want 50,000 each from the Warden and Ass Warden Mr. Keen and Miss Weller, and I want $20,000 form each CTS. for everyones pertisapation in this.

2. I want Legal repersetation in this case and anyother case from this matter or matters paid for by the county of Franklin, or whomever as long as it's not me! And not from the Public defenders Office of Franklin County PA. I am also asking that if Mr. Platt would happen to persue with his case that he be abble to have Free repersentation as well!

3. I am asking that all my probation, Fines, cost in case 332-2008 be wiped out. Maxed out or anyother case that pertawes to case 332-2008. I am also asking that my name be taken off the computter as a sex offender, because that was the deal in the First Place by the courts that I would not have to regester as a sex Offender and my name would not be on the Sex Offender list, all over the computter ~~and I am asking also that I~~ I want to leave the State of PA.

Part IV

To The State of Pennsylvania

This is one of the letters I've Sent out to homeless shelters, Rehabbs halfway house, and I have wrote many others!

John Boyd Morrow
1804 Opportunity Ave.
CChambersburg,Pa.17201

May, ,2012

Dear program Dierector,

I,m writing you in hopes that you may help me with with a bed or a homeplan. As,you can tell by this letter I am homeless, and have a problems with my life. I have had a bad bad Alcohol probblem in my life since the age of 13. I have been in & out of jails,Prisons,one or two rehabbs, which as you can see have had no help due to the fact that I am back in jial once again. I am tried of living this loose rlife and am trying to get some real help. A friend here at F.C.J. told me of your foundation and that you may be able to help me with my probblem at hand! I dont have any money or any clothing I don,t have any family that is will to help me do to my addic-tion. I have truely hit the bottom of the barell and do not know where else to turn. I am free to go from F.C.J. appond a approved homeplan. SO if you do have a open bedspace for me & think that you can help me out with my probblem or probblems I will be willin g to give it my best effort to work with you and your programing, Soif you do have a openbedspace I would be more than grateful to have it. So if you do could you Plaese contact Me and let me know or contact Miss. Burns at 717-264-8153 ext.21535 and let her know that you have a bed spot for me,that would truely be graet.

Thank you so much for your time and your concern, Sincerley

John Boyd Morrow

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of January, 2013.

John Boyd Morrow #12-68722
(Signature of Plaintiff)

**OFFICE OF THE PUBLIC DEFENDER**
FRANKLIN COUNTY COURTHOUSE
CHAMBERSBURG, PA 17201
(717)261-3863 Hearing Impaired (717) 264-8474
Fax (717)261-3197

**MICHAEL J. TOMS**
Chief Public Defender
Attorney at Law

**IAN M. BRINK**
First Assistant Public Defender
Attorney at Law

SCOTT J. THOMAS
STEVEN N. NECASTER
CHRISTOPHER L. REIBSOME
TONY MILEY
SHANNON E. BARNETT
Assistant Public Defenders
Attorneys at Law

KELLY V. HIGH
Paralegal
TERRY SANDERS
Investigator
STEPHANIE A. MELLOTT
Caseworker

January 22, 2013

John Boyd Morrow, Jr.
Franklin County Jail
1804 Opportunity Ave
Chambersburg, PA 17201

Re: Civil Complaint

Dear Mr. Morrow:

I am writing in response to the Civil Complaint forwarded to our office from the Clerk of Courts, William Vandrew. I am returning the Civil Complaint to you; it appears that this should be filed in the Federal Court system. There are no attorney's in our office licensed within the Federal system.

Thank you.

Sincerely,

Michael J. Toms
Chief Public Defender

MJT/nhm
Enclosure

Office of the Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLAIN J. NEALON FEDERAL BLDG. &
US. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, Pa. 18501-1148

OFFICIAL BUSINESS

John boyd Morrow #12-68722
1804 Opportunity Ave.
Chambersburg, Pa 17201

MARCH, 4 ,2013

Dear office Clerk, I am wrinig to you in grave hopes that you maybe able to help me out with a proble I am having? First off, I would like to start with what maybe a small probblem, but I really don,t know. I would like to consildate two cases together and have been awaiting for the other case to retunn to do so, but have never recieved it back as of yet.

The one case that I do have is Morrow v. Keen,et al. The other case that I sent to your office should have been Morrow, Platt v. Keen, et al. I s sent this case to your office over a month ago or longer, yes it,s deffently been longer than that.Morrow v. Keen, etal. #313-cv-0614 is the one I have now The other one Morrow Platt V. Keen, et al. I sent out to you on3-4-2013 and was to heave and got sent back to me and resent out again on3-14-2013 to your office. I will be sending a consolidation form along with this letter to you so thst your office may consolidate this two cases once you recieve the other one on Morrw Platt v. Keen,et al. if you would , once again I am so sorry to i inconvenace you and your office with my probblems.

d

Thank you Sincerly

John Boyd Morrow

PS.
Here is a copy of the case that I would like to have conslidated w/ Morrow V. Keen, et Al case # 3:13cv-0614 to conslidate w/ Morrow, Platt V. Keen, et Al.

William J. Nealon
235 N. Washington Ave.
Scranton, Paa 18501-1148

John Boyd Morrow
1804 Opportunity Ave.
Chambersburg,Pa.17201

it is hereby agreed to and stipulated by and between counsel for the plaintiff, Mr. John Boyd Morrow, and counsel for the defendant, Daniel S. Keen, et al, that the above-captioned matters shall be consolidated for both discovery and trial under Civil Action No. 313-CV-0614 to avoid added expence and duplication of work.

John Boyd Morrow

John Boyd Morrow #12-6872C

Attorney for John Boyd Morrow Esq.

Date: 04, 15, 2013

Approved And So Order:

Dated: ___________

_______________________

JUDGE

Name John Monroe
Franklin County Jail
1804 Opportunity Avenue
Chambersburg, PA 17201

RECEIVED
SCRANTON
APR 1 8 2013
PER
DEPUTY CLERK




William J. Nealon Federal Building
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148

18501$1148